The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINA ENCALADA, *et al.*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>                  Defendants. | CASE NO.  2:21-cv-1644-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

The Parties, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for a 90-day stay of this case to allow for a possible resolution without further litigation.  Plaintiffs bring this case pursuant to the Administrative Procedure Act seeking an order setting aside the revocation of Plaintiff Luis Calle's and Sanbeom Park's immigrant visa petitions.  There is good cause for the stay.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Defendants need additional time to investigate and implement a possible resolution here. Defendants have diligently worked on this matter since the recent service of the Complaint. The United States Attorney's Office was served with the Complaint on April 5, 2022. Defendants have until June 6, 2022 to respond to the Complaint. The Parties believe that a 90-day stay will allow Defendants to continue to work towards resolution.

The Parties agree that if Plaintiffs' claims are mooted, Plaintiffs shall dismiss this litigation with each party to bear their own attorneys' fees and costs.

The parties, through their counsel, jointly request that the Court hold this matter in abeyance for 90 days. The parties further request that the Court vacate current deadlines, including the Court's initial scheduling dates (Dkt. No. 11) and Defendants' deadline to respond to the Complaint. The Parties will submit a joint status report to the Court on or before 90 days from the date of this order.

Stipulated to and presented this 25th day of April, 2022.

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | *s/ William Frick* |
| 2 | WILLIAM FRICK, WSBA# 26648 |
|   | Law Office of William Frick PLLC |
| 3 | 719 Second Avenue, Suite 701 |
|   | Seattle, WA 98104 |
| 4 | Phone:  206-286-0167 |
|   | Fax:  206-770-7215 |
| 5 | Email:  william@fricklawfirm.info |
| 6 | *Counsel for Plaintiffs* |
| 7 | *s/ Michael E. Piston* |
|   | MICHAEL E. PISTON, MICH BAR# P34568 |
| 8 | Law Office of William Frick PLLC |
| 9 | 38-08 Union Street, Ste. 9A |
|   | Flushing, NY 11354 |
| 10 | Phone:  646-876-3772 |
|   | Fax:  206-770-6350 |
| 11 | Email:  michaelpiston4@gmail.com |
| 12 | *Counsel for Plaintiffs* |
|   | *\* PHV application pending* |

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 90 days.  The Parties shall file a Joint Status Report with the Court on or before July 25, 2022. All current deadlines are vacated.

DATED this 26th day of April, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970