The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINA ENCALADA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO.  2:21-cv-1644-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

　　　The Parties, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move to continue the stay of this case by 60 days to allow for a possible resolution without further litigation. Plaintiffs bring this case pursuant to the Administrative Procedure Act seeking an order setting aside the revocation of Plaintiff Luis Calle's and Sanbeom Park's immigrant visa petitions.  This Court previously granted the Parties' stipulated motion to hold the case in abeyance.  Dkt. No. 14.  There is good cause to continue the stay.

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Both Plaintiffs have had their immigrant visa petitions reinstated. Additional time is necessary for Plaintiffs to provide additional paperwork and schedule interviews for their immigrant visas. The Parties believe that a 60-day stay will allow this to occur.

The Parties, through their counsel, jointly request that the Court continue to hold this matter in abeyance for 60 days. The Parties will submit a joint status report to the Court on or before 60 days from the date of this order.

Stipulated to and presented this 21st day of July, 2022.

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

*s/ William Frick*
WILLIAM FRICK, WSBA# 26648
Law Office of William Frick PLLC
719 Second Avenue, Suite 701
Seattle, WA 98104
Phone: 206-286-0167
Fax: 206-770-7215
Email: william@fricklawfirm.info

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | *s/ Michael E. Piston* |
| | MICHAEL E. PISTON, MICH BAR# P34568 |
| 3 | Law Office of William Frick PLLC |
| | 38-08 Union Street, Ste. 9A |
| 4 | Flushing, NY 11354 |
| | Phone:  646-876-3772 |
| 5 | Fax:  206-770-6350 |
| 6 | Email:  michaelpiston4@gmail.com |
| | *Counsel for Plaintiffs* |
| 7 | *\* PHV application pending* |

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 60 days.  The Parties shall file a Joint Status Report with the Court on or before 60 days.

DATED this 25th day of July, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C21-1644 BJR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970