The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINA ENCALADA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>            Defendants. | CASE NO.  2:21-cv-1644-BJR<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking an order setting aside the revocation of Plaintiff Luis Calle's and Sanbeom Park's immigrant visa petitions. The relief sought in this case is moot as Plaintiffs have had their immigrant visa petitions reinstated.

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
C21-1644 BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stipulated to and presented this 19th day of September, 2022.

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Michelle R. Lambert*
        MICHELLE R. LAMBERT, NYS #4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, WA 98402
        Phone: 253-428-3824
        Fax: 253-428-3826
        Email: michelle.lambert@usdoj.gov
        *Counsel for Defendants*

        *s/ William Frick*
        WILLIAM FRICK, WSBA# 26648
        Law Office of William Frick PLLC
        719 Second Avenue, Suite 701
        Seattle, WA 98104
        Phone: 206-286-0167
        Fax: 206-770-7215
        Email: william@fricklawfirm.info

        *s/ Michael E. Piston*
        MICHAEL E. PISTON, MICH BAR# P34568
        Law Office of William Frick PLLC
        38-08 Union Street, Ste. 9A
        Flushing, NY 11354
        Phone: 646-876-3772
        Fax: 206-770-6350
        Email: michaelpiston4@gmail.com
        *Counsel for Plaintiffs*
        *\* PHV application pending*

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
C21-1644 BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 20th day of September 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

/s

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
C21-1644 BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970